**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 5 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 20-1443 MV |
| ) | |
| vs. ) | Count 1: 16 U.S.C. § 668: Bald and |
| ) | Golden Eagle Act (Class A |
| **AMADO MARTIN VARGAS** ) | Misdemeanor); |
| **HERNANDEZ,** ) | |
| ) | Count 2: 16 U.S.C. §§ 703 and 707(a): |
| Defendant. ) | Migratory Bird Treaty Act (Class B |
| ) | Misdemeanor). |

# INFORMATION

The United States Attorney charges:

### Count 1

On or about November 14, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **AMADO MARTIN VARGAS HERNANDEZ**, did unlawfully possess without permission the feathers of birds protected by the Bald and Golden Eagle Protection Act, to wit, the feathers of and parts of Bald Eagles (*Haliaeetus leucocephalus*) and feathers and parts of Golden Eagles (*Aquila chrysaetos*).

In violation of 16 U.S.C. § 668(a).

### Count 2

On or about November 14, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **AMADO MARTIN VARGAS HERNANDEZ**, did unlawfully possess without permission the feathers and parts of birds protected by the Migratory Bird Treaty Act, to wit, feathers and parts of Sharp-shinned hawks (*Accipiter striatus*), American Kestrels (*Falco sparverius*), Greater roadrunners (*Geococcyx californianus*), Red-tailed hawks *(Buteo*

*jamaicensis*), Northern flickers (*Colaptes auratus*), White-winged doves (*Zenaida asiatica*), Crested Caracaras (*Caracara cheriway*), Cooper's hawks (*Accipiter cooperii*), Bald Eagles (*Haliaeetus leucocephalus*), Golden Eagles (*Aquila chrysaetos*), and Barred owls (*Strix varia*).

In violation of 16 U.S.C. §§ 703 and 707(a).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses alleged in this Information, the defendant, **AMADO MARTIN VARGAS HERNANDEZ**, shall forfeit to the United States, pursuant to 16 U.S.C. §§ 703 and 706, any interest he may have in the following property, seized during the execution of a search warrant on November 14, 2019, including the feathers and parts of:

(a) Bald Eagles (*Haliaeetus leucocephalus*),

(b) Golden Eagles (*Aquila chrysaetos*),

(c) Sharp-shinned hawks (*Accipiter striatus*),

(d) American Kestrels (*Falco sparverius*),

(e) Greater roadrunners (*Geococcyx californianus*),

(f) Red-tailed hawks (*Buteo jamaicensis*),

(g) Northern flickers (*Colaptes auratus*),

(h) White-winged doves (*Zenaida asiatica*),

(i) Crested Caracaras (*Caracara cheriway*),

(j) Cooper's hawks (*Accipiter cooperii*),

(k) Barred owls (*Strix varia*), and

(l)     Turkey Vultures (*Cathartes aura*).

                                JOHN C. ANDERSON
                                United States Attorney

                                */s/ Novaline D. Wilson*
                                NOVALINE D. WILSON
                                Assistant United States Attorney
                                Post Office Box 607
                                Albuquerque, New Mexico 87102
                                (505) 224-1419